UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 2:13-CV-97-JD-JEM |
| ) | |
| JOHN DOE, *subscriber assigned IP* ) | |
| *address 98.220.153.245*, ) | |
|     Defendant. ) | |

## ORDER

This matter is before the Court *sua sponte.* An Answer, Affirmative Defenses and Counterclaim [DE 26] was filed by Defendant on October 3, 2013.

Local Rule 10-1(a) provides that "[r]esponsive pleadings under Fed. R. Civ. P. 7(a) must: (1) restate verbatim the paragraphs from the pleading they respond to; and (2) immediately following each restated paragraph, state the response to that paragraph." N.D. Ind. L.R. 10-1(a). This Answer does not comply with Local Rule 10-1 insofar as it does not recite the paragraphs of the Complaint and respond separately to each paragraph.

Accordingly, the Court **STRIKES** from the record the Answer, Affirmative Defenses and Counterclaim [DE 26] with leave granted to re-file a document that complies with the Local Rules on or before **October 17, 2013**.

SO ORDERED this 10th day of October, 2013.

                                        s/ John E. Martin
                                        MAGISTRATE JUDGE JOHN E. MARTIN
                                        UNITED STATES DISTRICT COURT

cc:   All counsel of record