UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:13-cv-00097-JD-JEM |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 98.220.153.245, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC ("Plaintiff"), and Defendant, John Doe, subscriber assigned IP address 98.220.153.245 ('Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant's claims against each other, with each party to bear its own attorneys' fees and costs. Plaintiff further stipulates that no subsequent complaints will be filed against anyone under Defendant's IP address on behalf of Plaintiff, for any infringements alleged to have occurred to the date of the filing of this Stipulation of Dismissal.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

Dated: January 2, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ Paul J. Nicoletti<br>Paul J. Nicoletti, Esquire<br>Nicoletti& Associates, PLLC<br>36880 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI 48303<br>Phone: 248-203-7800<br>paul@nicoletti-associates.com<br>*Attorney for Plaintiff* | /s/ Fred Grady<br>Fred W. Grady<br>Harris Bank Building, Suite One<br>750 S. Washington Street<br>Valparaiso, IN 46383<br>Attorney No. 7241-64<br>(219) 462- 2460<br><br>ATTORNEY FOR DEFENDANT JOHN DOE, subscriber assigned IP address 98.220.153.245 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 7, 2014, he caused a full and complete copy of the Parties' Stipulation of Dismissal with Prejudice to be filed electronically with the U.S. District Court for the Northern District of Indiana, Hammond Division, with conformation of said filing to opposing counsel for access by and through the Court's electronic filing system, and by e-mail transmission.

By: /s/ Fred W. Grady
Fred W. Grady